<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-6669**

───────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JAMES M. RICHMAN,

                              Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.   James C. Turk, District Judge.
(CR-94-54, CA-98-605-7)

───────────

Submitted:  September 21, 2000      Decided:  September 28, 2000

───────────

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

James M. Richman, Appellant Pro Se.  Jean Barrett Hudson, OFFICE
OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for
Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James M. Richman seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Richman's motion for transcripts at government expense, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. See United States v. Richman, Nos. CR-94-54; CA-98-605-7 (W.D. Va. Apr. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED